```
       IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF ALABAMA
                SOUTHERN DIVISION
```

CARLOS WILLIAMS,                :

    Plaintiff,              :

vs.                             :   CIVIL ACTION 05-00221-WS-B

D.O.C. Bay Minette Jail, *et al.*,:

    Defendants.             :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 5th day of December, 2007.

                                            s/WILLIAM H. STEELE
                                            UNITED STATES DISTRICT JUDGE